# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LUISA ARIZAGA,

    Plaintiff,

v.

STATE FARM AUTOMOBILE INSURANCE COMPANY, et al.,

    Defendants.

Case No.: 2:22-cv-00073-GMN-NJK

**Order**

[Docket No. 10]

Pending before the Court is the parties' proposed discovery plan.  Docket No. 10.  The parties purport to ask the Court to grant a 270-day discovery period; however, the time period is improperly measured from the 26(f) conference.  *Id.* at 2.  Further, the requested discovery period is greater than the presumptively reasonable period, yet the parties fail to comply with the Court's local rules for special scheduling.  *See* Local Rule 26-1(a).  Accordingly, the discovery plan is **DENIED** without prejudice.  Docket No. 10.  An amended discovery plan must be filed by March 11, 2022.

    IT IS SO ORDERED.

    Dated: March 8, 2022

                                                  Nancy J. Koppe
                                                United States Magistrate Judge

1