ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
SHIRLEY J. FOSTER
Nevada Bar No. 8069
E-Mail: Shirley.Foster@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual
Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| LUISA ARIZAGA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00073-CDS-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff LUISA ARIZAGA ("Plaintiff"), by and through her counsel, DIMOPOULOS INJURY LAW, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with

…

…

…

…

4869-3753-3233.1

each party to bear their own attorney's fees and costs.

DATED this 14th day of September 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Cheryl A. Grames
ROBERT W. FREEMAN
Nevada Bar No. 3062
CHERYL A. GRAMES
Nevada Bar No. 12752
SHIRLEY J. FOSTER
Nevada Bar No. 8069
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

DATED this 14th day of September 2022.

DIMOPOULOS INJURY LAW

/s/ Paul A. Shpirt
STEVE DIMOPOULOUS
Nevada Bar No. 12729
PAUL A. SHPIRT
Nevada Bar No. 10441
6671 South Las Vegas Blvd. Suite 275
Las Vegas, Nevada 89119
*Attorneys for Plaintiff Luisa Arizaga*

## ORDER

**IT IS SO ORDERED.**

DATED this  14th  day of  September , 2022.

_____
UNITED STATES DISTRICT JUDGE